**United States District Court**
For the Northern District of California

**\*E-FILED\***
**November 2, 2006**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUA ZHAO,<br><br>       Plaintiff,<br>v.<br><br>HOT POT CITY, INC., et al.,<br><br>       Defendants.<br>_____/ | No. C 06-00341 RS<br><br>**ORDER RE: SETTLEMENT;**<br>**STAND-BY ORDER TO SHOW**<br>**CAUSE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **January 10, 2007**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 17, 2007 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: November 2, 2006

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Richard D. Schramm    rschramm@workplaceattys.com

Adam Wang    waqw@sbcglobal.net

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: November 2, 2006

                                            /s/ BAK
                                        Chambers of Magistrate Judge Richard Seeborg