ADAM WANG (STATE BAR NO. 201233)
DAL BON & WANG
12 South First Street, Suite 613
San Jose, CA 95113
Telephone:     (408) 421-3403
Facsimile:      (408) 351-0261

*E-FILED 1/17/07*

Attorneys for Plaintiffs
Hua Zhao

Richard Schramm
Employment Rights Attorneys
46 South First Street
San Jose, CA 95113
Tel: 408-971-9993
Fax: 408-295-5008

Attorney for Defendants
Hot Pot City, Inc., & Nichol Lee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUA ZHAO,<br>            Plaintiff,<br>        vs.<br>HOT POT CITY, INC., NICHOL LEE & DOES<br>1 - 10,<br><br>            Defendants | Case No. C06-00341 RS<br><br>**STIPULATION OF DISMISSAL**<br> AND ORDER THEREON |

Pursuant to Fed. R. Civ. Pro. 41(a)(2), plaintiff Hua Zhao , and defendants Hot Pot City, Inc., & Nichol Lee,  through their respective counsel, stipulate as follows:

1.     Plaintiff Hua Zhao and defendants Hot Pot City, Inc., & Nichol Lee have fully resolved their disputes and entered into a Settlement Agreement and Releases on October 26, 2006 (the "Settlement Agreement").

2.     As such parties respectfully request that the Court dismiss the claims alleged by Hua Zhao in this case in their entirety with prejudice.

1        3.        Parties further agree, and request, that this Court retain its jurisdiction over this

2    case for the purpose of enforcing the Settlement Agreement.

3

4    Dated: January 16, 2007                          DAL BON & WANG
                                                      ADAM WANG
5

6                                                 By:  /s/ Adam Wang
                                                      Attorney for Plaintiff
7                                                     Hua Zhao

8    Dated: January 16, 2007                          RICHARD SCHRAMM

9

10                                                By:  /s/ Richard Schramm
                                                      Attorney for Defendants
11                                                    Hot Pot City, Inc., & Nichol Lee

12

13   IT IS SO ORDERED.

14   Dated:  January 17, 2007

15

16   _____

17   RICHARD SEEBORG
     United States Magistrate Judge
18

19

20

21

22

23

24

25

26

27

28